**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jerry Santistevan,<br><br>                Petitioner<br>v.<br><br>Warden Johnson, et al.,<br><br>                Respondents | Case No. 2:22-cv-01042-JAD-DJA<br><br>**Order Denying IFP Application**<br><br>[ECF No. 1] |

Jerry Santistevan petitions for a writ of habeas corpus under 28 U.S.C. § 2254.[1] Based on the financial information provided, I find that he is able to pay the full $5.00 filing fee in this matter, so I deny his application.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* **[ECF No. 1] is DENIED**. Petitioner must have the $5.00 fee sent to the Clerk of Court by **August 19, 2022**, or this case will be dismissed.

IT IS FURTHER ORDERED that the Clerk of Court is directed to SEND petitioner two copies of this order, and petitioner must make the necessary arrangements to have one of those copies attached to the check for the filing fee.

Dated: July 22, 2022

                                                              _____
                                                              U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.